CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 01 2006

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY L. HAIRSTON,<br>    Plaintiff, | )<br>)   Civil Action No. 7:06-cv-00530<br>) |
| v. | )   **FINAL ORDER**<br>) |
| ROANOKE CITY POLICE<br>DEPARTMENT, <u>et. al.</u>,<br>    Defendant(s). | )<br>)   By: Hon. James C. Turk<br>)   Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), as legally frivolous and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 1st day of December, 2006.

/s/ James C. Turk
Senior United States District Judge